UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ALPHONSO DRAPEAU III,<br><br>Defendant. | 3:11-CR-30136-RAL<br><br><br>ORDER DENYING MOTION TO REDUCE<br>RESTITUTION |

On July 6, 2012, this Court entered Judgment on a conviction of Defendant Alphonso Drapeau III (Alphonso) for 210 months, followed by five years of supervised release, for second degree murder. Doc. 106. The Judgment included an obligation to pay restitution in the total amount of $119,687.98 to four payees jointly and severally with co-defendant Gavin Drapeau. Doc. 106 at 5–6. The Judgment contained the standard language withholding from Alphonso's inmate trust account while in detention. Doc. 106 at 6. On April 20, 2026, the Clerk of Court filed as a motion Alphonso's request to reduce what the United States Bureau of Prisons is withholding from his inmate trust account. Doc. 136.

This is a mandatory restitution case under 18 U.S.C. § 3663A. A restitution requirement, however, can be adjusted under 18 U.S.C. § 3664(o). None of the subsections of § 3664(o) appear to apply. Alphonso has not experienced the sort of change in economic circumstances that would justify modification of restitution under § 3664(k) for instance. Therefore, it is

1

ORDERED that Alphonso's motion to reduce restitution, Doc. 136, is denied.

DATED this 11th day of May, 2026.

BY THE COURT:

ROBERTO A. LANGE
CHIEF JUDGE

2